ADISHIAN LAW GROUP, P.C.
Christopher M. Adishian (State Bar No. 172511)
Email: cadishian@adishianlaw.com
Pacific Corporate Towers
222 N. Sepulveda Blvd., Suite 2000
El Segundo, California 90245
Telephone: (310) 726-0888
Facsimile: (866) 350-0888

Attorneys for Plaintiff Curtis Monk, Jr.

BART H. WILLIAMS (State Bar No. 134009)
bart.williams@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
MARJA-LIISA OVERBECK (State Bar No. 261707)
mari.overbeck@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant TIAA-CREF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CURTIS MONK, JR.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA-CREF); TIAA-CREF TRUST COMPANY, FSB; and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | Case No. 3:14-cv-04732-JSW<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT AND HEARING DATE**<br>AS MODIFIED HEREIN<br>Judge: Hon. Jeffrey S. White |

1  WHEREAS, Plaintiff Curtis Monk, Jr. brings this action against Defendants Teachers Insurance and Annuity Association Of America (TIAA-CREF) and TIAA-CREF Trust Company, FSB ("Defendants") asserting various employment law claims;

WHEREAS, on January 23, 2015 this Court held a Case Management Conference during which conference the Court established certain deadlines, including the deadline to amend pleadings (originally set for May 15, 2015) and a hearing on Defendants' motion re: payment without regulatory approval (originally set for June 5, 2015) (ECF No. 16);

WHEREAS, on April 27, 2015 the parties filed, and this Court granted, a Joint Stipulation to Extend Deadline to Amend Complaint and Hearing Date (ECF Nos. 21, 22), extending the deadline to amend pleadings (now set for June 5, 2015) and a hearing on Defendants' motion re: payment without regulatory approval (now set for June 26, 2015);

WHEREAS, the Parties are continuing to meet and confer on (1) Plaintiff's stated intent to dismiss some claims against the current Defendants without prejudice and also add individual defendants to the matter and associated claims against them, and Plaintiff reserves his right to do so; and (2) efforts to avoid the need for motion practice concerning arbitration and other issues;

WHEREAS, the extensions requested here will have no effect on the trial date or any other case deadlines established by the Court; and

WHEREAS, in order to preserve the time and resources of the Court and of the Parties while the Parties continue to meet and confer, good cause exists to continue these two pending dates;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective Parties hereto, that: Subject to the approval of the Court, the deadline to amend pleadings and the hearing date on Defendants' motion re: payment without regulatory approval each be continued by fourteen (14) days, or as the Court's schedule permits.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: May 19, 2015 | ADISHIAN LAW GROUP, P.C. |
| 2 | | CHRISTOPHER M. ADISHIAN |

By: _____/s/ *Christopher M. Adishian*_____
CHRISTOPHER M. ADISHIAN
Attorneys for Curtis Monk, Jr.

DATED: May 19, 2015    MUNGER, TOLLES & OLSON LLP
MALCOLM A. HEINICKE
MARJA-LIISA OVERBECK

By: _____/s/ *Malcolm A. Heinicke*_____
MALCOLM A. HEINICKE
Attorneys for TIAA-CREF

<u>FILER'S ATTESTATION</u>

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

### [PROPOSED] ORDER

The Court, having considered the Parties' Supplemental Joint Stipulation to Extend Certain Case Deadlines, and good cause appearing therefore, hereby ORDERS that: the deadline to amend pleadings (currently set for June 5, 2015) is continued to June 19, 2015, and the hearing on Defendants' motion re: payment without regulatory approval (currently set for June 26, 2015) is continued to ~~July 10, 2015~~ July 24, 2015 at 9:00 a.m. The adjustment to the hearing date shall not alter the deadlines by which the Defendants shall file the motion.

DATED: May 20, 2015

_____
The Honorable Jeffrey S. White