UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CURTIS MONK, JR.,<br><br>        Plaintiff,<br><br>V.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA-CREF); TIAA-CREF TRUST COMPANY, FSB; KEVIN O'LEARY, an individual, LANCE HALLAM, an individual, and KATHIE ANDRADE, an individual and DOES 1-50, Inclusive,<br><br>        Defendants. | CASE NO. 4:14-cv-04732-JSW<br><br>Hon. Jeffrey S. White<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER DISMISSING CLAIMS WITHOUT PREJUDICE AND PERMITTING FILING OF FIRST AMENDED COMPLAINT**<br>AS MODIFIED HEREIN |

**IT IS HEREBY STIPULATED**, by the parties to this action, by and through their respective attorneys of record, as follows:

(1) Plaintiff CURTIS MONK, JR. hereby dismisses without prejudice the cause of action for wrongful termination in violation of public policy;

(2) Plaintiff CURTIS MONK, JR. hereby dismisses without prejudice the cause of action for intentional infliction of emotional distress;

(3) Plaintiff CURTIS MONK, JR. hereby dismisses without prejudice the cause of action for negligent infliction of emotional distress;

(4) Plaintiff CURTIS MONK, JR. hereby dismisses without prejudice the cause of action for retaliation;

(5) Plaintiff CURTIS MONK, JR. shall file a First Amended Complaint, attached hereto as **Exhibit A**, adding the causes of action and parties named therein;

(6) The First Amended Complaint shall be deemed filed on the date the Order

accompanying this Stipulation is signed by the Hon. Jeffrey S. White.

Dated: June 12, 2015　　　　　　　　**ADISHIAN LAW GROUP, P.C.**

By:

*/s/ Christopher M. Adishian*
Christopher M. Adishian
Attorneys for Plaintiff

Dated: June 12, 2015　　　　　　　　**MUNGER, TOLLES & OLSON LLP**

By:

*/s/ Malcolm A. Heinicke*
Malcolm A. Heinicke
Bart H. Williams
Marja-Liisa Overbeck
Attorneys for Defendants

Pursuant to Stipulation, IT IS SO ORDERED.

The causes of action for wrongful termination in violation of public policy; intentional infliction of emotional distress; negligent infliction of emotional distress; and retaliation are dismissed without prejudice, and Plaintiff is granted leave to file the First Amended Complaint, which shall be deemed filed on the date this Order is entered. Plaintiff shall electronically file the Amended Complaint attached as an exhibit to this Order by June 16, 2015. If the amended complaint moots the placeholder hearing date set for July 24, 2015, the parties shall file a notice to that effect by June 16, 2015.

Dated: June 12, 2015　　　　　_____
　　　　　　　　　　　　　　　　Judge of the U.S. District Court