UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS MONK,

    Plaintiff,

v.

TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA-CREF), et al.,

    Defendants.

Case No. 14-cv-04732-JSW

**ORDER VACATING PLACEHOLDER HEARING DATE**

The Court had reserved a hearing date on October 9, 2015 for Defendants' contemplated motion regarding payments without regulatory approval. Pursuant to the parties' most recent stipulation to continue the hearing date on that motion, Defendants' motion would have been due to be filed on September 4, 2015. (*See* Docket No. 29.) Defendants have not filed the motion, and the Court VACATES the placeholder hearing date.

The Court also notes that it denied, without prejudice, the parties' supplemental stipulated protective order on August 10, 2015. (Docket No. 34.) The Court brings this to the parties' attention in the event they intend to file any documents that might be covered by that proposed protective order with the Court.

**IT IS SO ORDERED.**

Dated: September 14, 2015

_____
JEFFREY S. WHITE
United States District Judge